**Tricia Wang (CA Bar No: 178473)**
1  LAW OFFICE OF TRICIA WANG
   39159 Paseo Padre Parkway, Suite 205
2  Fremont, CA 94538
   Telephone: (510) 791-~~
3  Fax: (510) 791-5609

4  Attorney for Plaintiff:          Farideh YAMINI

**Filed**

L.C 1 ~ 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**ADR**

Fee Paid
SI
99

5

6                              **E-FILING**

7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
8                      **SAN JOSE, CALIFORNIA**

9   Farideh YAMINI                      )
                                        )
10                                      )
        Plaintiff,         **C 07    06265**    **RS**
11                                      )   Case No:_____
    vs.                                 )
12                                      )
                                        )
13  Michael Mukasey, Attorney General of the    ) COMPLAINT FOR MANDAMUS
    United States; Michael Chertoff, Secretary of the  ) TO COMPEL DEFENDANTS TO
14  Department of Homeland Security; Emilio Gonzales ) COMPLETE NATURALIZATION
    Director of United States Citizenship & Immigration ) PROCESS
15  Services; Robert Meuller, III, Director of the   )
    Federal Bureau of Investigations    )
16                                      )
                                        )
17      Defendants                      )
                                        )
18  _____)

19

20  The Plaintiff Farideh Yamini (hereinafter "Plaintiff"), by and through her undersigned counsel,

21  hereby respectfully petitions this Honorable Court for a Writ of Mandamus to compel action on

22  an application for naturalization properly filed by the Plaintiff. The naturalization application

23  was filed and remains within the jurisdiction of the Defendants, who have improperly withheld

24
25  action on said application to Plaintiff's detriment. In support of this petition, the Plaintiff

26  alleges as follows:

27

28

                                        1

**PARTIES**

1. The Plaintiff, Alien Registration Number A045674539 is a resident of Santa Clara County and a naturalization applicant.

2. Michael Mukasey is the U.S. Attorney General, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Naturalization Act, and is further authorized to delegate such powers and authority to subordinate agency such as Federal Bureau of Investigation and subordinate employees of the Department of Justice.

3. Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity.

4. Robert Mueller, III is the Director of the Federal Bureau of Investigation.

5. Emilio Gonzalez is the Director of the United States Citizenship & Immigration Services.

**JURISDICTION**

6. This is a civil action brought pursuant to 28 USC § 1331 and 1361 to redress the deprivation or rights, privileges and immunities secured to Plaintiff, by which jurisdiction is conferred, to compel Defendants and those working under them to perform duties they owe to the Plaintiff.

7. Jurisdiction is also conferred by 5 USC §704. Plaintiff is aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in order to confer jurisdiction on the District Court. 5 USC §702.

8. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act. 5 USC §504, and 28 USC 2412(d).

1

**VENUE**

2 9. Venue is the Northern District of California is proper pursuant to Title 28 USC

3  Section 1391 (e) (2) in that this is an action against officers and agencies of the

4

5  United States in their official capacities, brought in the District where a substantial

6  part of the events or omissions giving rise to Plaintiff's claim occurred.

7

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

8 10. The Plaintiff has exhausted her administrative remedies. Plaintiff has made

9  numerous inquiries concerning the status of the application to no avail.

10

**THE STATUTORY AND REGULATORY SCHEME OF THE**

11

12

**NATURALIZATION PROCESS**

13 11. Congress has created a comprehensive statutory scheme which guarantees that

14  eligible applicants will be naturalized in a prompt and dignified fashion while

15  guaranteeing the integrity of the naturalization process. Defendants, through their

16

17  regulations, have reinforced the express desire of the Congress for a prompt but

18  accurate naturalization process. 8 USC §1443-1445 provide the requirements for

19  citizenship and the means of application. 8 CFR §335.3 provides that "The Service

20  officer shall grant the application if the applicant has complied with all requirements

21  for naturalization under this chapter. A decision to grant or deny the application

22

23  shall be made at the time of the initial examination or within 120-days after the date

24  of the initial examination of the applicant for naturalization under §335.2. The

25  applicant shall be notified that the application has been granted or denied and, if the

26  application has been granted, of the procedures to be followed for the administration

27  of the oath of allegiance pursuant to part 337 of this chapter." 8 USC §1447(b)

28

3

1   provides that is that determination is not made "before the end of the 120-day period

2   after the date on which the examination is conducted", the applicant may apply to

3   the United States District Court for relief.

4

## THE CHALLANGED PRACTICE

5

6   12.   Despite the statutory and regulatory mandate, the Plaintiff has not been notified that

7   her application has been granted or denied either at the naturalization examination

8   or within 120 days thereafter.

9

## FACTUAL ALLEGATIONS

10

11   13.   The plaintiff is a lawful permanent resident of the United States since March 14,

12   1997.  See Exhibit 1, copy of the Plaintiff's green card.

13   14.   The Plaintiff applied citizenship on August 2, 2004. Please see Exhibit 2, the CIS

14   Receipt Notice. She had her fingerprint done on September 7, 2004. See Exhibit 3,

15   copy of the DBI TENPRINTER Application Information Worksheet (AIW).

16

17   15.   She had her naturalization interview on March 15, 2005 and was advised that she

18   passed the interview but a decision cannot yet be made because of the FBI name

19   check. See Exhibit 4 Form N-652 Naturalization Interview Results.

20   16.   Plaintiff has made an Infopass appointment on August 1, 2005. See Exhibit 5. The

21   plaintiff was informed at the Infopass appointment that her application was still

22   pending for FBI name check.

23

24   17.   Plaintiff Farideh Yamini sent direct inquiry to the US CIS and received a response

25   letter from the US CIS dated August 8, 2005 stating that the case was still pending

26   for FBI name check and US CIS has no control of the time it takes. See Exhibit 6,

27   copy of the response from US CIS dated on August 8, 2005.

28

18. Plaintiff has also sought help from the United States Senator Barbara Boxer and received a responding letter dated March 31, 2006 stating that they already contacted the FBI about Plaintiff's naturalization case and was informed that the case was still pending for FBI name check and there are no expedites, substitute procedures, or information being released to third parties. See Exhibit 7, copy of the letter from Senator Barbara Boxer's office dated March 31, 2006.

19. Plaintiff Farideh Yamini sent another inquiry and received a response from the US CIS dated February 5, 2007 stating that her case was still pending for background check. See Exhibit 8, copy of the responding letter from US CIS dated February 5, 2007.

20. Plaintiff Farideh Yamini yet sent another inquiry to US CIS San Jose District Office on March 7, 2007 and got the same answer stating that the application was still pending for the completion of background checks and US CIS does not know how long it will take. See Exhibit 9, copy of the inquiry and response from the US CIS San Jose Office dated March 7, 2007.

21. Plaintiff Farideh Yamini also sent a letter to the White House seeking for help and got a response from the White House stating that they sent her inquiry to the Department of Justice for assistance. See Exhibit 10, copy of the letter from the White House dated November 13, 2007.

22. Plaintiff got another inquiry responding letter from the US CIS San Jose Office stating that the case was not yet ready for decision as the required investigation into the name check remains open. See Exhibit 11, copy of the response from US CIS San Jose Office dated on November 21, 2007. Up to the present date, almost **three**

5

**years** after she passed the naturalization interview on March 15, 2005, Plaintiff still has not received a determination on her naturalization application.

## CLAIM FOR RELIEF

23.  The Plaintiff alleges that defendants have violate 8 CFR §335.3 by failing to make a determination on the naturalization application of the Plaintiff at the time of the initial examination or within 120 days thereafter.

24.  Plaintiff alleges that defendants are in violation of the Administrative Procedure Act, 5 USC §701 et seq., (a) in that they have unlawfully withheld and unreasonably delayed agency action to which the Plaintiff is entitles to and (b) in that they have taken action that is arbitrary and capricious, an abuse of discretion and not in accordance with law, by failing to make a determination on the naturalization application of the Plaintiff at the time of the initial examination or within 120 days thereafter.

## IRREPARABLE INJURY

25.  As a result of the defendants' failure to perform their duty under 8 CFR §335.3 to make a determination on the Plaintiff's naturalization within 120 days after the examination, Plaintiff has suffered, and is suffering and will continue to suffer irreparable harm. Plaintiff has suffered grievously as a result of the protracted and unconscionable delays. She has been deprived of the substantial and unique benefits of citizenship, including protection of the laws of the United States equal to that granted to citizens; political rights, including the right to vote; the right to obtain a United States passport; the protection of the United States government when outside the United States; freedom of movement and travel, etc. She also has been subjected

6

to the fear and uncertainty engendered by the inability to obtain citizenship; the inability to travel and carry out necessary activities out of concern they may miss a long-delayed sworn-in ceremony, the inability to file visa petitions for immediate relative as a United States citizen, etc.

## REQUEST FOR RELIEF:

WHEREFORE, Plaintiff request that this Court:

1. Issue a writ in the nature of mandamus, pursuant to 28 USC §1361 and 5 USC § 706(1) compelling Defendants and their agents to make a determination of the naturalization application of the Plaintiff, to notify the Plaintiff that his application has been granted or denied, and if granted, of the procedures to be followed for the administration of the oath of allegiance, within 20 days of the issuance of such writ.

2. Grant attorneys' fees and costs of this suit under the Equal Access to Justice Act, 28 USC § 2412.

3. Grant such other relief as this Court may deem just and proper.

Respectfully submitted,

Attorney for Plaintiff

Tricia Wang
Attorney for Plaintiff

# LIST OF ATTACHMENTS

**Exhibit**

1.      Copy of Ms. Farideh Yamini's green card.

2.      Copy of the N-400 Receipt Notice from US CIS.

3.      Copy of the DBI TENPRINTER Application Information Worksheet (AIW)

4.      Copy of the Form N-652 Naturalization Interview Results.

5.      Copy of INFOPASS appointment notice.

6.      Copy of the letter from US CIS dated August 8, 2005 stating the application is still pending for FBI background checks.

7.      Copy of the response from Senator Barbara Boxer's office dated March 31, 2006.

8.      Copy of the inquiry responding letter from US CIS dated February 5, 2007

9.      Copy of the inquiry and response from US CIS San Jose Office dated March 7, 2007.

10.     Copy of the letter from the White House dated November 13, 2007.

11.     Copy of the inquiry responding letter from the US CIS San Jose Office dated November 21, 2007.

# EXHIBIT 1



Exp. Feb. 2008



A1USA045674539<01<9703<<<<<<<<
4304245F0703264<<<<<<7A4204511
YAMINI<<FARIDEH<<<<<<<<<<<<<<<

# EXHIBIT 2

# THE UNITED STATES OF AMERICA

| Receipt | | | |
|---|---|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | | | **NOTICE DATE**<br>August 17, 2004 |
| **APPLICATION NUMBER**<br>WSC*001187683 | **RECEIVED DATE**<br>August 02, 2004 | **PRIORITY DATE**<br>August 02, 2004 | **INS A#**<br>A 045 674 539 |
| | | | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

FARIDEH YAMINI
1078 ALMADEN VILLAGE LN
SAN JOSE CA 95120

PAYMENT INFORMATION:

| | |
|---|---|
| Single Application Fee: | $390.00 |
| Total Amount Received: | $390.00 |
| Total Balance Due: | $0.00 |

ldudludludldlllu

The above application has been received by our office and is in process. Our records indicate your personal information is as follows.

Date of Birth:          April 24, 1943
Address Where You Live:  1078 ALMADEN VILLAGE LN
                         SAN JOSE CA 95120

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001278990



Form I-797 (Rev. 11/28/03) N

# EXHIBIT 3

# DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: _YAMINI_____ _FARIDEH_____ _-_____ _--_____
            Last                                First                              Middle                      Suffix

DATE OF BIRTH: _1943_ _04_ _24_ PHONE #: _408-997-3933_
                          Year    Month  Day

PLACE OF BIRTH: ____IRAN____ SEX: (Male or Female) _FEMALE___

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native     ____ Black     ✓ White (Hispanic also check)

____ Asian or Pacific Island               ____ Unknown

HEIGHT: _5_ Feet _6_ Inches                          WEIGHT: _160_ Pounds

EYE COLOR: Check the most appropriate code below:

__ Black ✓ Brown ____Green ____Gray ____Pink __Hazel __Blue ____Maroon

HAIR COLOR: Check the most appropriate code below:

__ Black ____Bald ____White ____Sandy ____Red __Gray __Blonde ✓ Brown

COUNTRY OF CITIZENSHIP: _IRAN_____

SOCIAL SECURITY NUMBER: _607_ - _96_ - _5469_

ALIEN REGISTRATION NUMBER: A _045674539_

LIST ANY OTHER NAMES YOU HAVE USED:

_N A._____
        Last                            First                           Middle                    Suffix

RESIDENCE ADDRESS (List mailing address if different from resident):

_1078 ALMADEN VILLAGE LANE    SAN JOSE   CA   95120_
Street number and name        Apartment #    City        State    Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _N-400_

LOCAL AIW STAMP
FD-258 Completed at ASC
On: ____ By: ____
QC Check Completed By: ____

# EXHIBIT  4

U.S. Department of Homeland Security
Citizenship and Immigration Services

## N-652, Naturalization Interview Results

*www.uscis.gov*
*infopass*

A#:  A45674539

*USCIS*
*1887 Monterey Hwy*
*San Jose, CA 95112*

On  March 15, 2005, you were interviewed by USCIS Officer CHAN.

☒    You passed the tests of English and U.S. history and government.

☐    You passed the test of U.S. history and government and the English language requirement was waived.

☐    USCIS has accepted your request for a Disability Exception.  You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐    You will be given another opportunity to be tested on your ability to ☐ speak / ☐ read / ☐ write English.

☐    You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐    Please follow the instructions on the Form N-14.

*FBI name check /*
*background check*
*pending*

☒    USCIS will send you a written decision about your application.

☐    You did not pass the second and final test of your ☐ English ability / ☐ knowledge of U.S. history and government.  You will not be rescheduled for another interview for this N-400.  USCIS will send you a written decision about your application.

**A)** ☐  **Congratulations!  Your application has been recommended for approval.**  At this time, it appears that you have established your eligibility for naturalization.  If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** ☒  **A decision cannot yet be made about your application.**

### It is very important that you:

☒  Notify USCIS if you change your address.

☒  Come to any scheduled interview.

☒  Submit all requested documents.

☒  Send any questions about this application in writing to the officer named above.  Include your full name, Alien Registration Number (A#),  and a copy of this paper.

☒  Go to any Oath Ceremony that you are scheduled to attend.

☒  Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony.  Include a copy of this paper and a copy of the scheduling notice.

**NOTE:**  Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

# EXHIBIT 5



**Click here to print this screen**

Name:                 **Farideh Yamini**
Appointment Type:     **e-gov Referral**
Confirmation No.:     **SNJ-05-31828**          Authentication Code:    **178a2**
Appointment Date:     **August 1, 2005**        Appointment Time:       **8:00 AM**
Location:             **1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY**

Please be on time. Failure to show up on time will result in the cancellation of your appointment.
You will then need to reschedule your appointment. You will not be admitted more than 15 minutes
before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

This is your Confirmation Number:

```
* S N J - 0 5 - 3 1 8 2 8 *
```

**If you wish to cancel this appointment, you will need the following Personal
Identification Number:**
*33208*

Thank you for using InfoPass
Return to USCIS On-Line

*FBI name check e-mail address: fbinncp@ic.fbi.gov*

*include: Name*
*Date of birth*
*A#*

*email sent on Aug 1st @ 3pm PST*

# EXHIBIT  6

No record has been made of this correspondence and should you write again concerning the same matter, please return the attached correspondence.

August 8, 2005

FARIDEH YAMIN
1078 ALMADEN VILLAGE LANE
SAN JOSE, CA 95120

RE: N400 application (A 45 674 539)

I have received your inquiry regarding your pending N-400 application for naturalization. Thank you for your kind words. The status of your case is the FBI name check/ background check is currently pending. I understand with good reason you would like to have this process expedited. I will do all that I can, but unfortunately, it is neither up to USCIS nor me as to how long the FBI name check will take. The FBI is in charge of doing these checks. When I get the results from them, I will be sure to have you contact by mail of our decision.

Thank you,

Officer Chan
Naturalization Unit/SNJ

M-180 (rev. 10-15-75)Y

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Citizenship and Immigration Services

# EXHIBIT 7

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION

ENVIRONMENT
AND PUBLIC WORKS

FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

March 31, 2006

Mrs. Payam Shahidi
1078 Almaden Village Ln
San Jose, California 95120

Dear Mrs. Shahidi:

Thank you for your recent correspondence to Senator Boxer regarding the FBI National Name Check Program. It is my understanding that you have a pending application with the U.S. Citizenship and Immigration Services.

After contacting the Federal Bureau of Investigation, it is my understanding that your FBI name check is still pending. Due to the sensitive nature of these clearances, U.S. security will not be compromised and there are no expedites, substitute procedures, or information being released to third parties, including Congressional offices.

The time needed for adjudication will continue to be difficult to predict, as necessary new procedures are refined. If you wish to check on the status of your FBI Name Check, you may e-mail: FBINNCP@ic.fbi.gov   Your note should include the following information:

- Your Complete Name
- Date of Birth
- Alien Registration Number on your Alien Card
- Your email address

Thank you for writing to Senator Boxer. I regret that we are unable to be of more assistance regarding this matter.

Sincerely,

Omar Torres
Constituent Representative

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894-5000

501 'I' STREET
SUITE 7-600
SACRAMENTO, CA 95814
(916) 448-2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497-5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239-3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888-8525

PRINTED ON RECYCLED PAPER

# EXHIBIT 8

No record has been made of this correspondence and should you write again concerning the same matter, please return the attached correspondence.

February 5, 2007

FARIDEH YAMINI
1078 ALMADEN VILLAGE LANE
SAN JOSE, CA 95120

RE: N-400 Application
(Alien #: 45 674 539)
(N-400 application #: WSC*001187683)

I have received your inquiry in regards to your N-400 Application for Naturalization. The current status of your case is the background check is pending. We will contact you by mail when a decision is made. If your alien resident card has expired or will expire soon, you can make an appointment with the San Jose USCIS office to receive an extension free of charge. The extension is an I-551 stamp in your passport. To make an appointment, please log onto our website, www.uscis.gov. Click on the link "INFOPASS" and follow the steps. You will need to bring your unexpired Iranian passport and a copy of Form N-652, Naturalization Interview Results, given to you at your interview.

Thank you,

DAO F. Chan
Naturalization Unit/SNJ

M-180 (rev. 10-15-75)Y

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Citizenship and Immigration Services

# EXHIBIT  9

# INQUIRY FORM

U.S. Department of Homeland Security
San Jose, CA 95112



U.S. Citizenship
and Immigration
Services

Date:

Alien Registration Number: A [0] [4] [5] — [6] [7] [4] — [5] [3] [9]

WAC Number: [ ] [ ] — [ ] [ ] [ ] [ ] [ ] [ ] [ ]

Form #: _N 400_    Date Filed: _____    Date Interviewed: _____

**PLEASE PRINT:**

Name _FARIDEH YAMINI_    Date of Birth: _4_, _24_, _1943_
                                                              Month  Day  Year

ADDRESS _1078 ALMADEN VILLAGE W._

CITY/STATE/ZIP _SAN JOSE, CA 95120_    Is this a new address: YES [ ] NO [X]

COUNTY _____

_408-420-8237_

**PLEASE RETURN TO:**    DHS / USCIS
                                          1887 MONTEREY ROAD
                                          SAN JOSE CA 95112

**NOTE:** Applicant must appear in person to check his/her status or May mail inquiry to the
address above:

## PLEASE DO NOT WRITE BELOW THIS LINE

**RESPONSE (S):**

ACTION COMPLETED
APPROVED FOR FILING
Initials: _PC_  Date MAR 0 7 2007
FCO Unit SFJ/SNJ

[ ]    Your application/petition was granted on _____

[X]    You application/petition is pending the completion of background checks (fingerprints and/or other checks). It is estimated
that these checks will be completed with in the next _UNKNOWN_ month(s).

[ ]    You will be scheduled for a final oath ceremony. You will be notified of the ceremony within the next 60 days.

[ ]    Your case is pending the receipt of additional information, which was due on _____

[ ]    We have received the additional information you submitted. Your case is pending review by an officer. It is estimated that a
decision will be made on your case within the next _____ weeks.

[ ]    Your case is pending review by an officer. It is estimated that a decision will be made on your case within the next
_____ weeks.

[ ]    Your fingerprints have expired; please take the attached letter to the nearest ASC on the week indicated.

[ ]    Your address has been updated in our systems.

[ ]    Your file has been ordered from _____ please allow _____ days

[ ]    We have no record of your application/petition at this office. You should appear at this office within the next 30 days with
evidence that you filed the application and to discuss this matter with an Immigration Information Officer.

[ ]    Other: _____

# EXHIBIT 10

**THE WHITE HOUSE**

WASHINGTON

November 13, 2007

Ms. Farideh Yamini
1078 Imaden Village Lane
San Jose, California  95120

Dear Ms. Yamini:

On behalf of President Bush, thank you for your correspondence.

We are sending your inquiry to the Department of Justice.  This agency has the expertise to address your concerns.  They will respond directly to you, as promptly as possible.

The President sends his best wishes.

Sincerely,

Darren K. Hipp
Special Assistant to the President
and Director of Presidential Correspondence

# EXHIBIT 11



**U.S. Department of Homeland Security**
**San Jose Citizenship and Immigration Services**
**1887 Monterey Road**
**San Jose, CA 95112**

*To serve you more efficiently we are replying to your letter by this informal method enabling a more prompt response. We trust you will agree that a faster response is more important than formality. No record has been made of this correspondence and should you write again concerning the same matter, please return the attached correspondence.*

**Yamini, Farideh**
**1078 Almaden Village Lane**
**San Joe, CA 95120**

Alien Number: 45 674 539
November 21, 2007

**Ref: N-400 / WSC*001187683**
Dear Applicant:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your name check remains open.

Until the name checks investigation is completed, we cannot move forward on your case. These name checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the name checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number (1-800-375-5283).

Please complete the attached inquiry form if you want to change your address on our system.

Sincerely,
Information Unit/PH
Citizenship & Immigration Services
1887 Monterey Rd
San Jose CA 95112

M-180 (Rev. 10-15-75)Y