AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | December 21, 2007 |

| Name of SERVER | | TITLE | |
|---|---|---|---|
| Judy Shing | | Legal Assistant | |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☒    Other (specify):    On December 21, 2007, summons was served by US Certified Mail to:
Michael Chertoff
Secretary of the Department of Homeland Security
US Department of Homeland Security
Washington, DC 20528

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *1/11/2008*
          Date

          *Judy Shing*
          Signature of Server

**LAW OFFICE OF TRICIA WANG**
**39159 PASEO PADRE PARKWAY**
**SUITE #205**
**FREMONT, CA 94538**
          Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure


**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0100 0003 0444 6728
Detailed Results:

- **Delivered,** December 26, 2007, 7:49 am, WASHINGTON, DC 20528
- **Arrival at Unit,** December 26, 2007, 3:19 am, WASHINGTON, DC 20022
- **Acceptance,** December 21, 2007, 9:25 am, FREMONT, CA 94538

‹ Back     Return to USPS.com Home ›

### Track & Confirm

Enter Label/Receipt Number.

_____

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.     Go ›

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA     

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

~~FOR OFFICIAL USE~~

| | | |
|---|---|---|
| Postage | $ | $1.99 | 0180 |
| Certified Fee | $2.65 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $6.79 | 12/21/2007 |

Sent To *Michael Chertoff*
Street, Apt. No.; or PO Box No. *Secretary of DHS*
City, State, ZIP+4 *Washington DC 20528*

PS Form 3800, June 2002     See Reverse for Instructions

7006 0100 0003 0444 6728