AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | December 21, 2007 |

| Name of SERVER | | TITLE | |
|---|---|---|---|
| Judy Shing | | Legal Assistant | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
On December 21, 2007, summons was served by US Certified Mail to:
Robert S. Meuller, III
Director of the Federal Bureau of Investigation
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/11/2008
             Date

Signature of Server

Address of Server

LAW OFFICE OF TRICIA WANG
39159 PASEO PADRE PARKWAY
SUITE #205
FREMONT, CA 94538

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0100 0003 0444 6674**
Detailed Results:

- **Delivered, December 26, 2007, 3:08 am, WASHINGTON, DC 20535**
- **Notice Left, December 26, 2007, 2:46 am, WASHINGTON, DC 20535**
- **Arrival at Unit, December 26, 2007, 1:22 am, WASHINGTON, DC 20022**
- **Acceptance, December 21, 2007, 9:20 am, FREMONT, CA 94538**

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®



| | | |
|---|---|---|
| Postage | $1.82 | 0180 |
| Certified Fee | $2.65 | 23 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.62 | 12/21/2007 |

7006 0100 0003 0444 6674

Sent To: Robert Mueller
Street, Apt. No.; or PO Box No.: Director of FBI
City, State, ZIP+4: 935 Pennsylvania Ave. Washington DC

PS Form 3800, June 2002          See Reverse for Instructions

1/11/2008