1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   FARIDEH YAMINI,                         )
12                                         )
              Plaintiff,                   )   No. C 07-6265 RS
13                                         )
       v.                                  )
14                                         )   **STIPULATION TO DISMISS and**
   MICHAEL MUKASEY, Attorney General       )   **[PROPOSED] ORDER**
15 of the United States; MICHAEL CHERTOFF, )
   Secretary of the Department of Homeland )
16 Security; EMILIO GONZALES, Director of  )
   United States Citizenship and Immigration)
17 Services; ROBERT MUELLER, III, Director of)
   the Federal Bureau of Investigations,   )
18                                         )
              Defendants.                  )
19 _____ )

20     Plaintiff, by and through her attorneys of record, and Defendants, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

22 above-entitled action without prejudice in light of the fact that the United States Citizenship and

23 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

24 agrees to do so within 30 days after receiving Plaintiff's sworn statement in response to the request

25 for evidence, and provided the Plaintiff does not commit a disqualifying act in the interim.

26 ///

27 ///

28

Stipulation to Dismiss
C 07-6265 RS                                    1

1   Each of the parties shall bear their own costs and fees.

2   Date: February 22, 2008                    Respectfully submitted,

3                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney

5                                              _____/s/_____
                                               ILA C. DEISS[1]
6                                              Assistant United States Attorney
                                               Attorneys for Defendants

9   Date: February 22, 2008                    _____/s/_____
                                               TRICIA WANG
                                               Attorney for Plaintiff

11                      **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13  Date:
14                                             _____
                                               RICHARD SEEBORG
                                               United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 07-6265 RS                                   2