| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143    *E-FILED 2/25/08*<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FARIDEH YAMINI, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 07-6265 RS |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS and** |
| MICHAEL MUKASEY, Attorney General | ) | **[PROPOSED] ORDER** |
| of the United States; MICHAEL CHERTOFF, | ) | |
| Secretary of the Department of Homeland | ) | |
| Security; EMILIO GONZALES, Director of | ) | |
| United States Citizenship and Immigration | ) | |
| Services; ROBERT MUELLER, III, Director of | ) | |
| the Federal Bureau of Investigations, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through her attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days after receiving Plaintiff's sworn statement in response to the request for evidence, and provided the Plaintiff does not commit a disqualifying act in the interim.

///

///

Stipulation to Dismiss
C 07-6265 RS                                   1

Each of the parties shall bear their own costs and fees.

Date: February 22, 2008               Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

                                      /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

                                      /s/
Date: February 22, 2008               TRICIA WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   February 25, 2008

RICHARD SEEBORG
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 07-6265 RS                          2